175 A.3d 162

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JAMES A. BAILEY, DEFENDANT-PETITIONER.

C–313 September Term 2017
079533

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004998–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 163

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. RICARDO J. SALAZAR A/K/A RICO,
DEFENDANT-PETITIONER.

C–291 September Term 2017
079515

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000219–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.